IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | Nos. 12-570 and 13-426 |
| SIMON AOUAD, | : | |
| *Defendant*. | : | |

## **ORDER**

**AND NOW**, on this 3rd day of August, 2017, upon consideration of Defendant's *pro se* Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 in Criminal Action No. 13-0426, (ECF No. 33), the Government's Response, (ECF No. 37), and Petitioner's Reply, (ECF No. 40), it is hereby **ORDERED** that said Motion is **DENIED** with prejudice.

**FURTHER**, upon consideration of Defendant's *pro se* Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 in Criminal Action No. 12-0570, (ECF No. 65), the Government's Response, (ECF No. 68), and Petitioner's Reply, (ECF No. 71), it is hereby **ORDERED** that said Motion is also **DENIED** with prejudice—all in accordance with this Court's accompanying memorandum.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II   J.